UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-128-T-17MAP

ANTORRIO WILLIAMS

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the 2003 Cadillac Escalade, VIN: 1GYEK63NX3R183962.

Being fully advised in the premises, the Court finds that on October 12, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Williams in the Cadillac, pursuant to 21 U.S.C. § 853. Doc. 61.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case. Docs. 60 and 64.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the Cadillac on the official government website, www.forfeiture.gov, from October 15, 2012 through November 13, 2012. Doc. 67. The publication gave notice to all third parties with a legal interest in the Cadillac to file with the Office of the Clerk, United

States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that United States sent Maxine William-Salter and Henry Cleveland Salter, Jr., via certified U.S. mail, Notices of Forfeiture. The Notices of Forfeiture instructed him/her that, pursuant to 21 U.S.C. § 853(n)(2), she/he had 30 days from the receipt of notice in which to file a claim.

The Court further finds that no people or entities, other than the defendant Williams, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Maxine Williams-Salter and Henry Cleveland Salter, Jr. are known to have an interest in the Cadillac. No third party has filed a petition or claimed an interest in the Cadillac, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the Cadillac is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the Cadillac is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 18th day of December, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE